AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
JAN 30 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ZAKARIA TAOUFIK | ) | Case No. |
| | ) | 1:18-MJ-40 |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 19, 2018__ in the county of __Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111 | The defendant did forcibly assault, resist, oppose, impede, intimidate, or interfere with an officer or employee of the United States Government while engaged in or on account of the performance of official duties. |

This criminal complaint is based on these facts:

(See attached affidavit.)

☐ Continued on the attached sheet.

SAUSA Matthew Reilly/AUSA Grace Hill

*Complainant's signature*

Gregory L. Derricote, II, Officer, CBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/30/18

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*